United States District Court
Eastern District of Michigan

Michael McGuire,

    Petitioner,

v.

Eric Rardin, Warden

    Respondent.

Civil No. 25-cv-12334

Honorable Laurie J. Michelson
Mag. Judge Curtis Ivy, Jr.

## Appearance

Notice is given that Julie A. Beck, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of the Respondent in the above-captioned case.

    JEROME F. GORGON, JR.
    United States Attorney

    s/Julie A. Beck
    Julie A. Beck
    Assistant U.S. Attorney
    211 W. Fort St., Ste. 2001
    Detroit, MI  48226
    (313) 226-9717
    Julie.Beck@usdoj.gov
    P53291

Date:  August 29, 2025

## Certificate of Service

I hereby certify that on August 29, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

I further certify that I have mailed by U.S. mail the foregoing paper to the following non-ECF participants:

Michael McGuire, Reg. #18277-029
Milan FCI
P.O. Box 1000
Milan, MI 48160

>s/ Julie A. Beck
>Julie A. Beck
>Assistant U.S. Attorney
>211 W. Fort St., Ste. 2001
>Detroit, MI  48226
>(313) 226-9717
>Julie.Beck@usdoj.gov
>P53291