UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL MCGUIRE,
        Petitioner,

v.

Civil No.: 25-cv-12334
Honorable Laurie J. Michelson
Magistrate Judge Curtis Ivy, Jr.

ERIC RARDIN, WARDEN,
FEDERAL BUREAU OF PRISONS
        Respondent.
_____/


FILED
OCT 28 2025
CLERK'S OFFICE
DETROIT

## EMERGENCY MOTION FOR LEAVE TO AMEND PENDING 2241 MOTION

Comes now, Michael McGuire, (hereinafter "Petitioner"), in a pro se capacity to respectfully move this honorable Court to grant leave/permission to amend Petitioner's existing 2241 motion. The emergency has occurred as Petitioner should have been released from Milan FCI on 10-16-2025, and yet remains in custody.

Petitioner filed a 2241 motion with this court on July 22, 2025. Within that motion Petitioner requested that the Court order the BOP and Warden Rardin to follow policy and not delay Petitioners release from Milan FCI beyond the terms of confinement, required by law, to include the proper FSA and or SCA calculations of time credits earned by Petitioner towards his sentence.

The Amended Emergency Request Petitioner, finds himself being held beyond the home confinement release date that the BOP itself established and confirmed. Petitioner has included the FSA time credit Assessment document, received. From Petitioner's unit team on 10-8-2025.

It clearly depicts max Statutory HC (Home confinement) placement date of 10-16-2025. Petitioner was informed by his wife that the probation department has visited their home, and approved the home for Petitioner's home confinement. Mrs. McGuire spoke with Probation Officer, Tanner Gerst from the U.S. Probation Department in Cedar Rapids, Iowa on October 20, 2025 to confirm this status of their home.

Petitioner humbly asks that the Court order the BOP to release him immediately to home confinement in compliance with his earned FTCs and all applicable SCA credits.

Respectfully submitted on this 23rd day of October, 2025.

/S/ _____
MICHAEL MCGUIRE

### CERTIFICATE OF SERVICE

I, Michael McGuire, being of sound mind, do hereby CERTIFY under penalty of perjury and pursuant to Title 18 U.S.C. § 1746 that all statements made and documents presented herein are true and authentic to the best of my knowledge. A copy of this EMERGENCY MOTION FOR LEAVE TO AMEND PENDING 2241 MOTION has been placed in the prison mail system at FCI Milan, Milan Michigan addressed to the United States District Court, Eastern District of Michigan, 231 West Lafayette Blvd., Room 564, Detroit, Michigan 48226.

Submitted on this 23rd day of October, 2025.

/S/ _____
MICHAEL MCGUIRE

# FSA Time Credit Assessment
Register Number:18277-029, Last Name:MCGUIRE

**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

---

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 08-19-2025. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 06-04-2028
Projected Release Method: GCT REL
FSA Projected Release Date: 06-05-2027
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 06-05-2027
SCA Recommended Placement Days (Following 5 Factor Review): 0*
SCA Recommended Placement Date: N/A*
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182*
FSA Conditional Placement Days: 415
FSA Conditional Placement Date: 04-16-2026
Conditional Transition To Community Date: 04-16-2026*
Max. Statutory HC Placement Date (if approp.): 10-16-2025*
Recommended HC Placement Date (if approp.): 04-16-2026*
**\*Default SCA conditional placement days. This requires a 5 Factor Review!**

Michael McGuire
NAME
18277-029
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

24 OCT 2025 PM 14 L

United States District Court
for the Eastern District of Michigan
Office of the Clerk
Theodore Levin United States Courthouse
231 West Lafayette Blvd. Room 564
Detroit, Michigan 48226

Legal Mail

Legal Mail