## List of Exhibits

1      BOP Destination