# Exhibit 1

```
 MILBU   531.01 *         INMATE HISTORY            *      09-04-2025
PAGE 001 OF 001 *           DESTNATION              *       15:47:14

 REG NO..: 18277-029 NAME....: MCGUIRE, MICHAEL SHAWN
 CATEGORY: DST        FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
MIL    CMS 7CP    CEDAR RAPIDS CTC CED RAPIDS IA 12-17-2025 1159 CURRENT
MIL    MIL        MILAN FCI                   09-18-2024 1451 09-25-2024 1056
MIL    MIL        MILAN FCI                   09-11-2024 1128 09-18-2024 1329
6-K    MIL LCP    MILAN FCI-LCP               07-29-2024 0644 09-11-2024 0754
9-L    ELK        ELKTON FCI                  08-17-2021 1236 10-04-2021 1650




















G0000        TRANSACTION SUCCESSFULLY COMPLETED
```