UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL McGUIRE,

    Petitioner,

v.

ERIC RARDIN,

    Respondent.

Case No. 25-12334
Honorable Laurie J. Michelson

**ORDER GRANTING RESPONDENT'S MOTION TO EXTEND TIME TO FILE RESPONSE [7]**

    This is a habeas case filed under 28 U.S.C. § 2241. Petitioner Michael McGuire is a federal inmate currently confined at the Federal Correctional Institution in Milan, Michigan. He requests a recalculation of all earned Federal Time Credits, as well as any credits earned from the Second Chance Act, so that he can be released to prerelease custody. (ECF No. 1, PageID.1.) The Court ordered the government to respond by December 2, 2025. (ECF No. 4, PageID.31.)

    Before the Court is the government's motion to extend the time to file a response because McGuire will be transferred to a residential reentry center in Cedar Rapids, Iowa, on December 17, 2025. (ECF No. 7.) Rather than require supplemental briefing to account for McGuire's change of custody, Respondent requests that the response date be extended to December 22, 2025.

Based on review and full consideration of the motion, the Court finds good cause to GRANT the motion. Accordingly, the government's response to the petition for a writ of habeas corpus is due on or before December 22, 2025.

SO ORDERED.

Dated: November 26, 2025

                                              s/Laurie J. Michelson
                                              LAURIE J. MICHELSON
                                              UNITED STATES DISTRICT JUDGE