UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL MCGUIRE,
        Petitioner,

v.                                                           Civil No.: 25-cv-12334
                                                           Honorable Laurie J. Michelson
                                                           Magistrate Judge Curtis Ivy, Jr.

ERIC RARDIN, WARDEN,
FEDERAL BUREAU OF PRISONS
        Respondent.
_____/

## EMERGENCY MOTION IN OPPOSITION OF GOVERNMENT'S MOTION, AND BRIEF IN SUPPORT, TO EXTEND TIME TO FILE RESPONSE

Comes now, Michael McGuire, (hereinafter "Petitioner"), in a pro se capacity to respectfully move this Honorable Court to DENY the government's Motion, and Brief in Support, to Extend Time to File Response.

Petitioner initially file an emergency motion for leave to amend his pending § 2241 motion because he should have been released from Milan FCI on 10/16/2025. This day has come and gone without BOP address. The government now asserts that this Honorable Court should allow for an extension of time to reply to "avoid[] unnecessary additional judicial resources."

Petitioner asserts that at nearly $50,000 a year to house inmates, the BOP is allowed to frivolously spend tax-payer funds by keeping prisoners beyond their release dates. Petitioner further

1

asserts that judicial resources are necessary to prohibit the government and BOP from misappropriating tax funds.

Petitioner has served his imposed term of incarceration as Congress deems fit and now the government intends to strategically prolong his release. The government's habitual actions are frivolous as they violate Petitioner's liberty interests and contradict congressional intent. Petitioner asserts that he is similarly situated with multiple inmates from FCI Milan where the BOP has refused to apply earned FTCs and the government has then requested an extension of time to reply in order to have the petitioner's claims ultimately deemed moot because they have been released. See *United States v. Singh*, 25-cv-13358 (E.D. Mich. 2025); *United States v. Robertson*, 25-cv-12051. All of these inmates, with the exception of Robertson, who received all his FTC/SCA credits, had their liberty interests violated with no recourse for the government or the Bureau of Prisons.

In the instant case, Petitioner's recommended Home Confinement Placement Date was 10/16/25 and his Conditional Transition to Community Date was 4/16/26. Had the BOP applied all earned credits, as it is required to do by law, Petitioner would have been released from prison nearly eight months ago. By GRANTING the government's motion, this Honorable Court is enhancing the adverse encroachment on Petitioner's liberty interest and enhancing a connotational violation that could otherwise be cured. This Court can stop these actions today with a simple order.

For these reasons, Petitioner humbly requests that this Honorable Court DENY the government's Motion, and Brief in Support, to Extend Time to File Response, and instruct the BOP to immediate release him to RRC placement or HC as allowed for in its own policy

Respectfully submitted on this 2nd day of December, 2025.

/S/ *[signature]*
MICHAEL MCGUIRE

2

## CERTIFICATE OF SERVICE

I, Michael McGuire, being of sound mind, do hereby CERTIFY under penalty of perjury and pursuant to Title 18 U.S.C. § 1746 that all statements made herein are true and authentic to the best of my knowledge. A copy of this EMERGENCY MOTION IN OPPOSITION OF GOVERNMENT'S MOTION, AND BRIEF IN SUPPORT, TO EXTEND TIME TO FILE RESPONSE has been placed in the prison mail system at FCI Milan, Milan Michigan addressed to the United States District Court, Eastern District of Michigan, 231 West Lafayette Blvd., Room 564, Detroit, Michigan 48226 and the United States Attorney Office at 211 W. Fort Street, Suite 2001, Detroit, Michigan 48226-3277.

Respectfully submitted on this 2nd day of December, 2025.

/S/ _____
MICHAEL MCGUIRE

Michael McGuire
18277-029
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

U.S. POSTAGE PAID
FCM LETTER
MILAN, MI 48160
DEC 03, 2025
$0.00
S2324P505163-14

48226

Legal Mail

CERTIFIED MAIL

RECEIVED
DEC 08 2025
CLERK'S OFFICE
DISTRICT COURT

United States District Court House
Eastern District of Michigan
231 West Lafayette Blvd.
Room 564
Detroit, Michigan 48226

48226-271839