## Index of Exhibits

1     Judgment

2     Declaration of BOP Case Manager M. Cannon

3     BOP Administrative Remedy Record

4     BOP Inmate Locator Record, accessed on December 18, 2025