# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL MCGUIRE,                )
                                )
        Petitioner,              )
                                )
    v.                          )   Case No. 2:25-cv-12334
                                )
ERIC RARDIN,                    )
                                )
        Respondent.             )

## DECLARATION OF M. CANNON

I, M. Cannon, do hereby declare and state as follows:

1. I have been employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice since 2021. I am currently employed as a Case Manager at the Federal Correctional Institution in Milan, Michigan (FCI Milan).

2. My responsibilities include ensuring that BOP unit management policies, including policies concerning the First Step Act, are properly implemented at FCI Milan. All records attached to this declaration are true and correct copies of records kept in the regular course of business of the BOP. I am one of the custodians of those records. The following statements are based on my review of those records, my own personal knowledge, and other information I have acquired through the performance of my official duties.

3. I make this declaration in response to a Petition filed by inmate Michael McGuire, Register No. 18277-029, in which he alleges the Director's recent memo requires his sentence to be recalculated to give full credit for SCA and FTCs, and he be immediately transferred to prerelease custody.

4. Petitioner is currently serving an aggregated 120-month sentence imposed by the United States District Court for the Northern of Iowa, to be followed by a 3-year term of Supervised Release for violations of 18 U.S.C. § 2261(a)(2) Cyberstalking.[1]

5. Consistent with BOP policy, Petitioner has been awarded 365 days (one year) of FSA Time Credits towards early transfer from BOP custody to supervised release. Additionally, Petitioner earned an additional 310 days of FSA Time Credits that can be applied toward early community placement.[2] Additionally, has received the benefit of Second Chance Act consideration, which gives the BOP discretion to refer an inmate for prerelease custody up to an additional year before his release date.[3]

6. Petitioner has a full-term release date of November 26, 2029, and a projected release date of June 5, 2027, via First Step Act Release.[4] In designating him to a secure facility to serve the remainder of his sentence, the BOP is exercising the discretion Congress delegated to it, via 18 U.S.C. §3621(b), to make determinations regarding the placement of prisoners for service of their sentence. Petitioner will transition to prerelease custody on December 17, 2025.[5]

## EXHAUSTION

7. The Administrative Remedy Program is described at 28 C.F.R. § 542.10, et seq., Administrative Remedy Procedures for Inmates. Ordinarily, once an inmate has attempted to informally resolve an issue, the administrative remedy process is commenced by filing a Request for Administrative Remedy (BP-9) with the Warden of the facility where the inmate is confined. If the inmate is not satisfied with the BP-9 response, the inmate may appeal by filing a Regional

---

[1] See Attachment 1, Public Information Inmate Data
[2] See Attachment 2, FSA Time Credit Assessment, dated September 18, 2025
[3] See Attachment 3, BOP Memo, dated June 17, 2025
[4] See Attachment 1
[5] See Attachment 4, Inmate Destination History; and Attachment 5, Program Review dated May 19, 2025

Administrative Remedy Appeal (BP-10) with the Regional Office within 20 days of when the warden signed the response. If dissatisfied with the Regional response, the inmate may appeal to the BOP's Office of General Counsel via a Central Office Administrative Remedy Appeal (BP-11) within 30 days of the Regional Director's signed response. Appeal to BOP's Office of General Counsel is the final step in the BOP's administrative remedy process. The response from the General Counsel's Office is considered the final agency decision. To properly exhaust all administrative remedies, an inmate must timely and properly present a claim to each level, have that remedy request accepted, and receive an actual response to that request.

8. BOP policy provides that the inmate is to obtain the appropriate form from institution staff (ordinarily, the correctional counselor). It further notes, the "Request for Administrative Remedy, Form BP-9 (BP-229), is appropriate for filing at the institution." If the inmate submits a request for remedy but does not receive a response within the time allotted for reply, including extension, the inmate may consider the absence of a response to be a denial at that level.

9. Remedy requests are assigned a unique numeric designation, followed by a suffix indicating the level of the request, as follows: "-F" indicates a request to the Warden, "-R" indicates an appeal to the Regional Director, and "-A" indicates an appeal to the General Counsel's Office.

10. The federal regulation on the Administrative Remedy Program states that all submissions received by the Administrative Remedy Clerk, whether accepted or rejected, shall be entered into SENTRY in accordance with the SENTRY Administrative Remedy Technical Reference Manual.

11.   Despite Petitioner's argument that remedy exhaustion would be futile, it remains that an inmate must appeal through all three levels of the Administrative Remedy Process to exhaust administrative remedies. Petitioner also has not submitted any remedies regarding any of the issues in this complaint.[6]

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this __7__ day of October, 2025.

                                                                                    _____
                                                                                    M. Cannon, Case Manager
                                                                                    FCI Milan

---

[6] See Attachment 6, Administrative Remedy Retrieval

4

```
 MILBU   540*23 *          SENTENCE MONITORING          *    09-04-2025
PAGE 001         *          COMPUTATION DATA            *    15:49:06
                             AS OF 09-04-2025


REGNO..: 18277-029 NAME: MCGUIRE, MICHAEL SHAWN


FBI NO...........: JRHF8E5K7            DATE OF BIRTH: 06-30-1963  AGE:  62
ARS1.............: MIL/A-DES
UNIT.............: 7 LCP                QUARTERS.....: A05-208L
DETAINERS........: NO                   NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-04-2026

FINAL STATUTORY RELEASE FOR INMATE.: 06-04-2028 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 06-05-2027 VIA FSA REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: IOWA, NORTHERN DISTRICT
DOCKET NUMBER...................: 0862 6:19CR02075-001
JUDGE...........................: WILLIAMS
DATE SENTENCED/PROBATION IMPOSED: 07-30-2021
DATE COMMITTED..................: 10-04-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $400.00        $00.00           $15,000.00     $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $17,527.42

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  883     18:2261 VIOLENCE, INTRST DOM

OFF/CHG: 18:2261A(2) CYBERSTALKING CT 2, 7, 8

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 09-22-2018




 G0002      MORE PAGES TO FOLLOW . . .
```

```
 MILBU   540*23 *           SENTENCE MONITORING          *    09-04-2025
PAGE 002         *           COMPUTATION DATA             *    15:49:06
                              AS OF 09-04-2025


REGNO..: 18277-029 NAME: MCGUIRE, MICHAEL SHAWN



------------------------CURRENT OBLIGATION NO: 020 --------------------------
 OFFENSE CODE....:  883     18:2261 VIOLENCE, INTRST DOM

OFF/CHG: 18:2261A(2) CYBERSTALKING CT 6

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 09-22-2018

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-16-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-05-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 07-30-2021
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 09-22-2018

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    09-22-2018   09-24-2018
                                    11-28-2018   11-28-2018
                                    11-21-2019   11-22-2019
                                    12-04-2019   07-29-2021








G0002       MORE PAGES TO FOLLOW . . .
```

```
 MILBU   540*23 *          SENTENCE MONITORING          *    09-04-2025
PAGE 003 OF 003 *            COMPUTATION DATA           *    15:49:06
                            AS OF 09-04-2025

REGNO..: 18277-029 NAME: MCGUIRE, MICHAEL SHAWN


TOTAL PRIOR CREDIT TIME.........: 610
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 540
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 06-04-2028
ELDERLY OFFENDER TWO THIRDS DATE: 07-28-2026
EXPIRATION FULL TERM DATE.......: 11-26-2029
TIME SERVED.....................:      5 YEARS       9 MONTHS      8 DAYS
PERCENTAGE OF FULL TERM SERVED..:  57.7
PERCENT OF STATUTORY TERM SERVED:  67.7

PROJECTED SATISFACTION DATE.....: 06-05-2027
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 365




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# FSA Time Credit Assessment
Register Number:18277-029, Last Name:MCGUIRE

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

```
Register Number....: 18277-029           Responsible Facility: MIL
Inmate Name                              Assessment Date.....: 08-19-2025
  Last.............: MCGUIRE             Period Start/Stop...: 10-04-2021 to 08-19-2025
  First............: MICHAEL             Accrued Pgm Days....: 1381
  Middle...........: SHAWN               Disallowed Pgm Days.: 34
  Suffix...........:                     FTC Towards RRC/HC..: 295
Gender.............: MALE                FTC Towards Release.: 365
Start Incarceration: 07-30-2021          Apply FTC to Release: Yes
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-04-2021 | 04-30-2022 | accrue | 208 |

  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-30-2022 | 08-21-2024 | accrue | 844 |

  Accrued Pgm Days...: 844
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 435

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-21-2024 | 09-24-2024 | disallow | 34 |

**Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| ELK | ARS | TRANSFER | 08-20-2024 09:22 | 08-20-2024 09:22 |
| A01 | ARS | A-ADMIT | 08-20-2024 09:22 | 08-20-2024 16:15 |
| OKL | ARS | A-BOP HLD | 08-20-2024 15:15 | 09-10-2024 15:20 |
| A01 | ARS | RELEASE | 08-20-2024 16:15 | 08-20-2024 16:15 |
| OKL | ARS | HLD REMOVE | 09-10-2024 15:20 | 09-10-2024 15:20 |
| 6-K | ARS | A-ADMIT | 09-10-2024 16:20 | 09-11-2024 07:54 |
| MIL | ARS | A-HLD | 09-11-2024 07:54 | 09-18-2024 13:28 |
| 6-K | ARS | RELEASE | 09-11-2024 07:54 | 09-11-2024 07:54 |
| MIL | ARS | ADM CHANGE | 09-18-2024 13:28 | 09-18-2024 13:29 |
| MIL | ARS | A-BOP HLD | 09-18-2024 13:29 | 09-25-2024 10:55 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-24-2024 | 08-19-2025 | accrue | 329 |

  Accrued Pgm Days...: 329

```
08-19-2025                           (1)                    Assessment# -2143214399
```

**FSA Time Credit Assessment**
Register Number:18277-029, Last Name:MCGUIRE

**U.S. DEPARTMENT OF JUSTICE**                                                    **FEDERAL BUREAU OF PRISONS**

```
Carry Over Pgm Days: 2
Time Credit Factor.: 15
Time Credits.......: 165
```

--- **FSA Assessment(s)** ------------------------------------------------------------

| #   | Start      | Stop       | Assignment | Asn Start        | Factor |
|-----|------------|------------|------------|------------------|--------|
| 001 | 10-04-2021 | 11-01-2021 | R-LW       | 10-25-2021 10:14 | 10     |
| 002 | 11-01-2021 | 04-30-2022 | R-LW       | 10-25-2021 10:14 | 10     |
| 003 | 04-30-2022 | 10-27-2022 | R-LW       | 04-05-2022 14:28 | 15     |
| 004 | 10-27-2022 | 04-25-2023 | R-LW       | 09-24-2022 12:49 | 15     |
| 005 | 04-25-2023 | 10-22-2023 | R-LW       | 03-22-2023 18:40 | 15     |
| 006 | 10-22-2023 | 04-19-2024 | R-LW       | 09-14-2023 11:01 | 15     |
| 007 | 04-19-2024 | 10-16-2024 | R-LW       | 03-08-2024 10:20 | 15     |
| 008 | 10-16-2024 | 04-14-2025 | R-LW       | 03-08-2024 10:20 | 15     |
| 009 | 04-14-2025 | 10-11-2025 | R-MIN      | 04-08-2025 06:34 | 15     |

```
                          FSA Time Credit Assessment
                     Register Number:18277-029, Last Name:MCGUIRE
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS
================================================================================
```

--- **Best Case Scenario - Conditional Pre-release Planning & Preparation Only** -----------------
  All conditional days and conditional dates below are the individual's best case scenario
  given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
  08-19-2025. These dates can change if there are changes to one or more of the following: the
  individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

  **SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
  OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
  REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
  ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
  FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
  CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
  (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
  WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
  (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.**
---
  Projected Release Date: 06-04-2028
  Projected Release Method: GCT REL
  FSA Projected Release Date: 06-05-2027
  FSA Projected Release Method: FSA REL
  FSA Conditional Release Date: 06-05-2027
  SCA Recommended Placement Days (Following 5 Factor Review): 0*
  SCA Recommended Placement Date: N/A*
  SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182*
  FSA Conditional Placement Days: 415
  FSA Conditional Placement Date: 04-16-2026
  Conditional Transition To Community Date: 04-16-2026*
  Max. Statutory HC Placement Date (if approp.): 10-16-2025*
  Recommended HC Placement Date (if approp.): 04-16-2026*
  ***Default SCA conditional placement days. This requires a 5 Factor Review!**



U.S. Department of Justice
Federal Bureau of Prisons

**FOR IMMEDIATE RELEASE**  
June 17, 2025

Contact: Office of Public Affairs  
202-514-6551

### Bureau of Prisons Issues Directive to Fully Implement First Step Act and Second Chance Act

**WASHINGTON, DC** - In order to restore integrity and fiscal responsibility to the federal prison system, the Bureau of Prisons (BOP) today issued a policy memorandum to staff directing the robust and comprehensive implementation of both the *First Step Act of 2018* and the *Second Chance Act of 2008*—two bipartisan cornerstones of modern criminal justice reform.

"This is the dawn of a new era, one in which the Bureau of Prisons will realize the full potential of the First Step Act and Second Chance Act," said BOP Director William K. Marshall III. "The comprehensive policy outlined today will eliminate barriers to maximize the availability of home confinement to those who qualify for community release under the First Step Act and Second Chance Act. This change in policy will fully operationalize the laws as intended by Congress and ensure a smoother transition for many individuals to return to productive lives after incarceration."

The new policy announced today will have immediate and meaningful benefits. It will:

- **Avoid wasting millions of taxpayer dollars** on unnecessary incarceration,
- **Reduce strain on prison bedspace and staffing**, and
- **Eliminate prolonged and unnecessary burdens on inmates and their families**—particularly those with stable home environments and strong community ties.

The new directive ensures that:

- **FSA Earned Time Credits and SCA eligibility will be treated as cumulative and stackable**, allowing qualified individuals to serve meaningful portions of their sentences in home confinement when appropriate.
- **Conditional Placement Dates**—based on projected credit accrual and statutory timelines—will drive timely referrals, not bureaucratic inertia.
- **Stable housing and community reintegration readiness**, not past employment, will guide placement decisions.
- **RRC bed capacity limitations will not be a barrier to Home Confinement** when an individual is statutorily eligible and appropriate for such placement.

Director Marshall continued: "This action marks a bold shift from years of inaction toward a policy rooted in **public safety, fiscal responsibility, and second chances**. By empowering the agency to release more people who are ready to return to society, we not only save taxpayer dollars, we strengthen families, ease overcrowding, and build safer communities."

###

```
 MILBU   531.01 *           INMATE HISTORY           *      09-04-2025
PAGE 001 OF 001 *             DESTNATION             *       15:47:14

 REG NO..: 18277-029 NAME....: MCGUIRE, MICHAEL SHAWN
 CATEGORY: DST         FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
MIL    CMS 7CP    CEDAR RAPIDS CTC CED RAPIDS IA 12-17-2025 1159 CURRENT
MIL    MIL        MILAN FCI                     09-18-2024 1451 09-25-2024 1056
MIL    MIL        MILAN FCI                     09-11-2024 1128 09-18-2024 1329
6-K    MIL LCP    MILAN FCI-LCP                 07-29-2024 0644 09-11-2024 0754
9-L    ELK        ELKTON FCI                    08-17-2021 1236 10-04-2021 1650




















G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
  MILBU            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-05-2025
PAGE 001 OF                                                              08:33:41
       FUNCTION: L-P SCOPE: REG    EQ 11311-090    OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____    THRU _____    DT STS: FROM _____   THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV OFC : EQ ____    ____    ____    ____    ____    ____
TRACK: DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___   ___   ___   ___   ___   ___
        TYPE: ___   ___   ___   ___   ___   ___
EVNT FACL: EQ ____   ____   ____   ____   ____   ____
RCV FACL.: EQ ____   ____   ____   ____   ____   ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____   ____   ____   ____   ____   ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

```
 MILBU           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-05-2025
PAGE 002 OF 002 *              SANITIZED FORMAT                 *    08:33:41

 REMEDY-ID      SUBJ1/SUBJ2   -------------------ABSTRACT----------------------
                RCV-OFC    RCV-FACL     DATE-RCV      STATUS     STATUS-DATE

1245265-F1     38ZM/         SECOND CHANCE ACT / FTS
                 MIL          MIL       06-26-2025     CLD        07-01-2025

















                1 REMEDY SUBMISSION(S) SELECTED
 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```