# Exhibit 3

```
 MILBU            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-05-2025
PAGE 001 OF                                                             08:33:41
       FUNCTION: L-P SCOPE: REG   EQ 11311-090    OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____  THRU _____   DT STS: FROM _____  THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV OFC : EQ ____    ____    ____    ____    ____    ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___  ___  ___  ___  ___  ___
        TYPE: ___  ___  ___  ___  ___  ___
EVNT FACL: EQ ____    ____    ____    ____    ____    ____
RCV FACL.: EQ ____    ____    ____    ____    ____    ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____    ____    ____    ____    ____    ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

```
 MILBU            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-05-2025
PAGE 002 OF 002 *               SANITIZED FORMAT                *     08:33:41

  REMEDY-ID      SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
                 RCV-OFC    RCV-FACL     DATE-RCV       STATUS     STATUS-DATE

 1245265-F1     38ZM/           SECOND CHANCE ACT / FTS
                 MIL        MIL         06-26-2025       CLD        07-01-2025




                  1 REMEDY SUBMISSION(S) SELECTED
 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```