# Exhibit 4

An official website of the United States government.   Here's how you know

A-Z Topics    Site Map    FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Federal Time Credit changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**If an individual is listed as "Released" or "Not in BOP Custody" and no facility location is indicated, the inmate is no longer in BOP custody, however, the inmate may still be in the custody of some other correctional/criminal justice system/law enforcement entity, or on parole or supervised release.**

| Find By Number | **Find By Name** |

| First | Middle | Last | Race | Age | Sex |
|-------|--------|------|------|-----|-----|
| Michael | | McGuire | | | |

**1** Result for search **Michael McGuire**, Num: **18277-029**

🗑 Clear Form          Search



## MICHAEL SHAWN MCGUIRE

Register Number: 18277-029

| Age: | 62 |
| Race: | White |
| Sex: | Male |

Located at: Minneapolis RRM

Release Date: 06/05/2027

### Related Links

Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
First Step Act
Communications
Custody & Care
Visiting
Report a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Careers**
Life at the BOP
Explore Opportunities
Current Openings
Application Process
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Stories
Press Releases
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Volunteers
Former Inmates
Media Reps

Accessibility | Contact Us | FOIA | Information Quality | No FEAR Act | Privacy Policy | Website Feedback                    .
Bop.gov Mobile Version | USA.gov | Justice.gov | Open Government