## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHAEL MCGUIRE,

      Petitioner,

v.

ERIC RARDIN,

      Respondent.

Case No. 25-12334
Hon. Laurie J. Michelson

---

## ORDER GRANTING EMERGENCY MOTION
## FOR LEAVE TO AMEND HABEAS PETITION [6]

---

This is a habeas case filed under 28 U.S.C. § 2241. Petitioner Michael McGuire challenges the Federal Bureau of Prison's calculation of his earned Federal Time Credits, as well as credits earned from the Second Chance Act. (ECF No. 1.) He believes these credits entitle him to immediate release to home confinement. McGuire has now filed a motion for leave to amend his petition to include an FSA Time Credit Assessment from October 8, 2025, which shows a "max Statutory HC (home confinement) placement date of October 16, 2025." (ECF No. 6, PageID.63.)

Federal Rule of Civil Procedure 15 governs a motion for leave to

amend a petition for writ of habeas corpus under 28 U.S.C. § 2241. *See* 28 U.S.C. § 2242 (stating that an application for a writ of habeas corpus "may be amended or supplemented as provided in the rules of procedure applicable to civil actions"); *Hodges v. Rose*, 570 F.2d 643, 649 (6th Cir. 1978). Rule 15(a)(2) directs the Court to freely grant leave to amend when justice so requires. *Colvin v. Caruso*, 605 F.3d 282, 294 (6th Cir. 2010); *Crawford v. Roane*, 53 F.3d 750, 753 (6th Cir. 1995). Indeed, Rule 15(a)(2) sets forth a "liberal policy of permitting amendments to insure the determination of claims on their merits." *Marks v. Shell Oil Co.*, 830 F.2d 68, 69 (6th Cir. 1987). Notice and substantial prejudice to the opposing party are the critical factors in determining whether an amendment to a habeas petition should be granted. *Coe v. Bell*, 161 F.3d 320, 341-342 (6th Cir. 1998).

Here, McGuire is not seeking a substantive amendment. He is simply supplementing his petition with an additional exhibit. It pertains to his claim for relief and it is one familiar to the Respondent. Thus, there is no substantial prejudice to the Respondent.

Thus, McGuire's motion is GRANTED.

SO ORDERED.

2

Dated: December 18, 2025

                    s/Laurie J. Michelson
                    LAURIE J. MICHELSON
                    UNITED STATES DISTRICT JUDGE